COMMISSIONER OF INTERNAL REVE-
NUE, Petitioner, v. TITLE GUARANTEE
& TRUST CO., Trustee under Deed of
Trust Dated December 1, 1928, Made by
Edward T. Bedford, Respondent.

No. 25.

Circuit Court of Appeals, Second Circuit.

Dec. 1, 1941.

Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key, L. W. Post, J. Louis Monarch, and Gerald L. Wallace, Sp. Assts. to the Atty. Gen. for petitioner.

Holt S. McKinney, Rollin Browne, and George Craven, all of New York City, for respondent.

Before SWAN, AUGUSTUS N. HAND and CHASE, Circuit Judges.

PER CURIAM.

The precise question presented by this appeal was decided by the Circuit Court of Appeals for the Third Circuit in Commissioner v. Warren Webster Trust No. 1, 122 F.2d 915, opinion filed October 6, 1941. For the reasons there stated we think the decision of the Board was correct. Order affirmed.

RAYTHEON MANUFACTURING COMPA-
NY and Charles G. Smith, Plaintiffs-Ap-
pellants, v. GENERAL ELECTRIC COM-
PANY and Albert W. Hull, Defendants-
Appellees.

No. 43.

Circuit Court of Appeals, Second Circuit.

Dec. 1, 1941.

Elmer J. Gorn, of Newton, Mass., and Delos G. Haynes, of St. Louis, Mo., for appellants.

Harrison F. Lyman and Rowland V. Patrick, both of Boston, Mass. (Fish, Richardson & Neave, of Boston, Mass., of counsel), for appellees.

Before SWAN, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decision affirmed on opinion below, D.C., 34 F.Supp. 40.

PEOPLE OF STATE OF NEW YORK,
Plaintiff-Appellant, v. HANLEY MILLING
COMPANY, Defendant-Appellee.

No. 8689.

Circuit Court of Appeals, Sixth Circuit.

Oct. 17, 1941.

John J. Bennett, Jr., and Hugh Reilly, both of Albany, N. Y., and Jack B. Dworken, of Cleveland, Ohio, for appellant.

John C. O'Donnell and C. H. Henkel, both of Mansfield, Ohio, for appellee.

Before HICKS, SIMONS, and McALLISTER, Circuit Judges.

PER CURIAM.

Upon consideration of the briefs and argument in the above-entitled cause, it is ordered that the judgment be, and it is hereby, affirmed for the reasons assigned in the opinion of the District Judge, 41 F. Supp. 844.